[No. 38525-2-II.   Division Two.   April 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CODY L. BERKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00090-0, David L. Edwards and F. Mark McCauley, JJ., entered November 3, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 39236-4-II.   Division Two.   April 6, 2010.]

JOEL C. McCORMICK, *Respondent*, v. DUNN & BLACK, PS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-04488-7, David Frazier, J. Pro Tem., entered February 6, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 27606-6-III.   Division Three.   April 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND MICHAEL ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01540-9, Linda G. Tompkins, J., entered November 20, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 27819-1-III.   Division Three.   April 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY J. BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-8-00117-7, Scott R. Sparks, J., entered January 16, 2009. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Korsmo, JJ.